**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Connecticut

File Number    3:11CV0904(CSH)

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
March 21, 2016
Roberta D. Tabora, Clerk
By Tasha Olive
Deputy Clerk

Peter R.Rumbin  )
    *Plaintiff,*  )
  v.  )   Notice of Appeal
Arne Duncan,Timothy Geithner, Beth Harris  )
    *Defendant.*  )

Notice is hereby given that   Peter R.Rumbin   , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the   2nd   Circuit (from the final judgment) (from an order (describing it)) entered in this action on the  17  day of  Feb. , 19 2016   (see attached)

Peter R Rumbin
    plaintiff
Peter R.Rumbin,pro se
87 Second Street
Hamden,CT 06514

/s/

Attorney for

Address:

*See Rule 3(c) for permissible ways of identifying appellants